SPERTUS, LANDES & JOSEPHS, LLP
James W. Spertus (SBN 159825)
Ezra D. Landes (SBN 253052)
1990 South Bundy Dr., Suite 705
Los Angeles, California 90025
Telephone: (310) 826-4700
Facsimile: (310) 826-4711
jspertus@spertuslaw.com
ezra@spertuslaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE CHEUNG,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEYOND, INC.,<br><br>　　　　　Defendant. | Case No.<br><br>**COMPLAINT FOR BREACH OF CONTRACT**<br><br>**DEMAND FOR JURY TRIAL.** |

COMES NOW PLAINTIFF GEORGE CHEUNG, and for his Complaint, complains, avers, and alleges as follows:

### **THE PARTIES**

1.　Plaintiff George Cheung is, and at all times relevant to this action was, an individual domiciled in Sydney, Australia.

2.　Defendant Seyond, Inc. is, and at all times relevant to this action was, a California corporation with its principal place of business located at 160 San Gabriel Drive, Sunnyvale, CA 94086.  Prior to November 20, 2023, Seyond was named "Innovusion, Inc." or "Innovusion."

### **JURISDICTION AND VENUE**

3.　Subject matter jurisdiction over this action is founded upon 28 U.S.C. § 1332, and complete diversity exists between Plaintiff and Defendant, and the amount in controversy exceeds $75,000, exclusive of interest and costs.  Defendant's principal place of business is in Sunnyvale, California.  Defendant maintains its headquarters in Sunnyvale, California, and its

1  officers direct, control, and coordinate Defendant's business activities in Sunnyvale, California.
2  Defendant is also organized as a California corporation under the laws of the State of California.
3  Plaintiff is a citizen of and domiciled in Australia.

4.   This Court has personal jurisdiction over Defendant because Defendant's principal place of business is located within this judicial district in Sunnyvale, California. Defendant maintains its headquarters in Sunnyvale, California, and its officers direct, control, and coordinate Defendant's business activities in Sunnyvale, California.  Defendant is also organized as a California corporation under the laws of the State of California.

5.   Further, the contracts that are the subject of this action are governed by and construed under the law of the State of California.  The contracts further provide that the state and federal courts located in Santa Clara County in the State of California are to be the exclusive venue for resolving all disputes, claims, suits, or actions arising from the contracts.

6.   Venue is proper under 28 U.S.C. §§ 1391(b)-(c) because Defendant resides in this judicial district where it maintains its headquarters, and Defendant consented to the venue in the contracts at issue in this case.

## GENERAL ALLEGATIONS

I.   **THE CONTRACTS**

   **A.   The April 26, 2019, Contract**

7.   On or about April 26, 2019, Plaintiff entered a written contract with Defendant (the "2019 Contract"), which was signed by Plaintiff and Defendant's Chief Executive Officer, Junwei Bao.  The 2019 Contract provided that Plaintiff would provide services to Defendant as Defendant's "VP Sales for Australia, New Zealand & Singapore," and that he would support Defendant's fundraising efforts.

8.   The 2019 Contract provided: "As compensation for assistance with Series B fundraising, Innovusion will … Issue pre-money, non-vested, post-Series A stock options equivalent to 1.25% of the portion of funding the investors George helps to bring in have invested in the round" and will "[p]ay George a cash bonus equivalent to .75% of the portion of

2
COMPLAINT

funding the investors he helps to bring in specifically have invested in the round." The 2019 Contract was for a one-year term, through April 15, 2020.

**B.     The March 15, 2020, Agreement**

9.      On or about March 25, 2020, the parties executed a second contract effective on March 15, 2020 (the "2020 Contract"), which was signed by Plaintiff and Defendant's Chief Executive Officer, Junwei Bao. In reliance upon the terms of the 2020 Contract, Plaintiff provided additional services to Defendant as Defendant's "VP Sales for Australia, New Zealand, Singapore and Hong Kong."

10.     In exchange for Plaintiff's continued service to Defendant and his expanded territory, Defendant promised additional equity and cash benefits to Plaintiff. The 2020 Contract provided: "If an Investor Entity invests in the Company … as a direct contribution by your effort after approval from the Company … then you will be paid a cash bonus equivalent to 2% of the portion of the funding the Investor Entity you help to bring in to invest in the round." Defendant also promised to issue options to Plaintiff, subject to approval from the Board, equal to 2% of the portion of the funding Plaintiff helped secure from investors, plus additional stock options regardless of fundraising efforts. The term of the 2020 Contract was from March 16, 2020, to March 15, 2024.

**II.    PLAINTIFF INTRODUCES INVESTORS TO INNOVUSION**

**A.     Temasek Holdings**

11.     In 2019, Plaintiff secured Temasek Holdings as an investor for Defendant. Plaintiff had negotiated several prior contracts with Temasek and knew Temasek could be a significant potential investor in Defendant. In August 2019, Plaintiff persuaded Tan Kim Seng, who had a close relationship with Temasek, to help Plaintiff secure Temasek as an investor, and Plaintiff arranged for fundraising and investment meetings between Temasek and Defendant.

12.     Plaintiff was instrumental in securing Temasek's investment in Defendant as the investment was only achieved because of Plaintiff's efforts and connections:

a.      On August 17, 2019, Plaintiff emailed Junwei Bao that Plaintiff had attended a dinner with Basil Liu, who was the Vice President of the Singapore Economic

3
COMPLAINT

Development Board and had a reputation for successfully recommending investments to Temasek.

    b.    On October 8, 2019, Plaintiff emailed former Temasek General Manager Chua Yong Hai regarding the Innovusion investment opportunity and attached an Innovusion pitch deck for Temasek's consideration.

    c.    On November 4, 2019, Plaintiff emailed Junwei Bao to modify the PowerPoint presentation to Temasek, to "include Plaintiff as a staff, for Singapore investors." Junwei Bao replied to Plaintiff: "You can modify page 29 and add your name."

    d.    On November 4, 2019, Temasek's former General Manager, Chua Yong Hai, emailed Plaintiff requesting that Plaintiff connect with him on WhatsApp to discuss the Innovusion investment opportunity further.

    e.    On November 7, 2019, Plaintiff and Junwei Bao discussed Temasek and Plaintiff wrote in part, "Chua Yong Hai will be meeting with Temasek VC Investment Head tomorrow."

    f.    On December 5, 2019, Plaintiff emailed the then-Managing Director of Temasek, Beng Teck Ong, regarding Defendant's investment opportunity.

13.    As a direct result of Plaintiff's efforts, Temasek made several investments in Defendant, each triggering Defendant's obligations under the 2019 Contract and the 2020 Contract to pay Plaintiff the equity and cash bonuses Defendant promised to pay. Specifically, the following Temasek investments, among potential others, triggered Defendant's obligations to pay cash and equity bonuses to Plaintiff:

    a.    On May 10, 2021, Temasek led a $64 million investment in Defendant through a Series B round of fundraising, which included other investors such as the Bertelsmann Asia Investment Fund.

    b.    On August 13, 2021, Temasek participated in a $66 million investment in Defendant through a Series B1 round of fundraising, which included other investors such as Shunwei Capital.

14. These investments were a direct result of Plaintiff's fundraising efforts, triggering Defendant's obligations to pay commissions and bonuses under the 2019 and 2020 Contracts.

15. Plaintiff brought in and was directly responsible for over $130 million of Series B and Series B1 investments from Temasek and its co-investors, and Plaintiff performed all of his obligations under the 2019 and 2020 Contracts.

16. Defendant breached the 2019 and 2020 Contracts with regard to the Temasek investments by failing to pay Plaintiff the equity and cash bonuses due.

### B. Hermitage Capital

17. As a direct result of Plaintiff's fundraising efforts for Defendant, Hermitage Capital also invested in Defendant, which triggered Defendant's obligations to pay Plaintiff under the terms of the 2019 and 2020 Contracts. For the Hermitage investment, Plaintiff recruited and worked cooperatively with Gao Feng Advisory Company ("Gao Advisory Co."). On December 29, 2019, Plaintiff emailed Junwei Bao to let him know that Plaintiff would be talking to the Chief Executive Officer of Gao Advisory Co., Edward Tse, about potential Innovusion investors. Gao Advisory Co. then introduced Hermitage Capital to Defendant. Hermitage Capital ultimately invested $118 million in Defendant, which triggered Defendant's obligation to pay cash and equity bonuses to Plaintiff under the terms of the 2019 and 2020 Contracts.

### C. Bertelsmann Asia Investment Fund

18. As a direct result of Plaintiff's fundraising efforts for Defendant, Bertelsmann Asia Investment Fund also invested in Defendant, which triggered Defendant's obligations to pay cash and equity to Plaintiff under the terms of the 2019 and 2020 Contracts.

19. Plaintiff had known BAI's Managing Partner, Annabelle Yu Long, since 2013, and utilized his business relationship with Ms. Long to introduce BAI to Defendant, leading to a successful investment. Plaintiff first emailed Ms. Long in September 2018 about a potential investment by BAI in Defendant, and thereafter worked successfully to secure an investment from BAI in Defendant. As a result of Plaintiff introducing BAI to Defendant, Defendant received an investment from BAI.

**D.     Shunwei Capital**

20.     As a direct result of Plaintiff's fundraising efforts for Defendant, Shunwei Capital also invested in Defendant, which triggered Defendant's obligations to pay Plaintiff under the terms of the 2019 and 2020 Contracts.

21.     In 2019, Plaintiff introduced Shunwei Capital as an investor to Defendant, leading to a successful investment.  Among Plaintiff's efforts to secure Shunwei Capital as an investor, Plaintiff initiated communications with Shunwei Capital's Founding Partner, Tuck Lye Koh, and sent him Defendant's pitch deck.  Plaintiff continued to directly communicate with Mr. Koh about an investment in Defendant through 2019.

22.     As a direct result of Plaintiff's fundraising efforts, Shunwei Capital invested in Defendant, triggering Defendant's obligation to pay cash and equity bonuses to Plaintiff under the terms of the 2019 and 2020 Contracts.

23.     On August 13, 2021, Shunwei Capital participated in a $66 million investment in Defendant.

## III.    DEFENDANT FAILED TO COMPENSATE PLAINTIFF UNDER THE TERMS OF THE 2019 AND 2020 CONTRACTS

24.     On June 6, 2022, Innovusion Chief Commercial Officer James Byun notified Plaintiff that Defendant was electing to terminate the 2020 Contract.

25.     Shortly thereafter, Defendant asked Plaintiff to continue working for the company for a while longer because Defendant needed Plaintiff's assistance.  Plaintiff agreed to help Defendant, and Plaintiff's employment at the company was extended to September 19, 2022, and then terminated.

26.     Plaintiff performed all of his obligations under the terms of the 2019 and 2020 Contracts.

27.     Defendant breached the 2019 and 2020 Contracts by failing to compensate Plaintiff under the terms of the contracts for Plaintiff's successful fundraising efforts.

## FIRST CAUSE OF ACTION

**(Breach of Contract)**

28. Plaintiff re-alleges and incorporates herein by this reference each and every allegation in Paragraphs 1 through 27 above as though set forth fully herein.

29. In the 2019 and 2020 Contracts, Defendant promised to pay cash and equity bonuses to Plaintiff for any investments Plaintiff helped secure for Defendant.

30. In 2019 and 2020, Plaintiff brought in several investors, including Temasek, Hermitage Capital Investment, Bertelsmann Asia Investment Fund, and Shunwei Capital Investment, as described above.

31. Plaintiff performed all of Plaintiff's obligations under the terms of the 2019 and 2020 Contracts, as described above.

32. Defendant breached its obligations under the 2019 and 2020 Contracts to pay Plaintiff cash and equity bonuses under the terms of the 2019 and 2020 Contracts.

33. Defendant's breach of the 2019 and 2020 Contracts were a substantial factor in causing Plaintiff harm in the form of the lost cash and equity that Defendant was obligated to pay under the contracts' terms.

34. Plaintiff has been damaged in an amount to be proven at trial in excess of $75,000, exclusive of interest and costs.

## PRAYER FOR RELIE

Wherefore, Plaintiff prays for judgment against Defendant, as follows:

## FIRST CAUSE OF ACTION

**(Breach of Contract)**

1. For compensatory damages and other special, general and consequential damages according to proof;

2. For specific performance of the 2019 and 2020 Contracts;

3. For an award of interest, including prejudgment interest, according to law;

4. For an award of costs of suit;

5. For such other and further relief as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial.

Dated: January 12, 2024                SPERTUS, LANDES & JOSEPHS, LLP

By: _____
James W. Spertus
Ezra D. Landes
Attorneys for Plaintiff